Hicks, Mims,
Kaplan, and Burns
Attorneys at Law

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY, <br><br> Defendants. | Case No. 2:19-cv-01274 KJM-CKD <br><br> TEMPORARY RESTRAINING ORDER; SEIZURE ORDER; AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND SEIZURE ORDER SHOULD NOT ISSUE |

Based upon the Complaint, Memorandum of Points and Authorities, Declaration of Emily Holt and the Certificate of Counsel and all other pleadings and proceedings herein, including the telephonic hearing with plaintiff's counsel on July 11, 2019, good cause being shown:

**IT IS HEREBY ORDERED** that defendants, John Does 1-100, Jane Does 1-100 and XYZ Company their true identities being unknown (collectively "Defendants"), show cause before the Honorable Kimberly J. Mueller, United States District Judge, in Courtroom 3 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, 95814 at 3:00 p.m. on July 25, 2019 or as

soon thereafter as counsel can be heard, why an order pursuant to Fed.R. Civ. P. Rule 65, the Lanham Act 15 U.S.C. § 1051 et. seq., the All Writs Act, 28 U.S.C. § 1651 and Local Rule 231, should not be entered granting to Plaintiff Bravado International Group Merchandising Services, Inc., a preliminary injunction to enjoin the Defendants from manufacturing, distributing, selling or holding for sale, any clothing, jewelry, photographs, posters and other merchandise (collectively, the "Infringing Merchandise") and to seize the same bearing the federally registered trademarks, service marks, likenesses, logos or other indicia of the Artist known as "SHAWN MENDES" (collectively, the "Artist's Trademarks").

**AND IT APPEARING TO THE COURT** that Defendants are about to sell and distribute the Infringing Merchandise bearing any or all of the Artist's Trademarks as set forth in Plaintiff's complaint and declaration, and will continue to carry out such acts unless restrained by order of the court;

**AND IT APPEARING TO THE COURT** that immediate and irreparable injury, loss or damage will result to the Plaintiff before Defendants can be identified and given notice and Defendants or their attorneys can be heard in opposition to the granting of the temporary restraining order, in that the Defendants are preparing to manufacture, distribute and sell Infringing Merchandise as set forth in the Plaintiff's complaint, and that, unless said Defendants are enjoined from said manufacture, distribution, and sale, the Plaintiff will suffer immediate and irreparable injury and harm in the form of a loss of income, lessening and dilution of the value of the Artist's Trademarks, interference with Plaintiff's ability to exploit, market and license its merchandising rights, confusion in the marketplace as to the duly authorized source of merchandise depicting the Artist's Trademarks, and impairment of the goodwill Plaintiff and its licensors have in the said Artist's Trademarks;

**IT IS FURTHER ORDERED** that pending hearing and determination of this application, or the expiration of fourteen (14) days from the date hereof, the Defendants, their agents, servants, employees, attorneys, successors and assigns and all persons, firms

and corporations acting in concert with them, and each of them, are hereby temporarily restrained from manufacturing, distributing and selling Infringing Merchandise bearing any or all of the Artist's Trademarks;

**AND IT IS FURTHER ORDERED** that any and all on-duty federal, state or local law enforcement officer is hereby authorized to seize and maintain in their custody and control for delivery to this court any and all Infringing Merchandise bearing any or all of the Artist's Trademarks that Defendants attempt to sell or are holding for sale, including any from any carton, container, vehicle, or other means of carriage in which the Infringing Merchandise is found from six (6) hours before to six (6) hours after any performance of the tour within a ten (10) mile vicinity of the stadiums, arenas and other venues at which the Artist shall be performing, including but not limited to on July 11, 2019 at the Golden 1 Center in Sacramento, California;

**AND IT IS FURTHER ORDERED** that this order be and is hereby conditioned upon Plaintiff's filing with the Clerk of this Court an undertaking in the form of a bond, certified check, bank check, credit card or cash in the amount of $1,000 no later than July 11, 2019 at 4:00 p.m., to secure the payment of such costs and damages not to exceed such sum as may be suffered or sustained by any party who is found to be wrongfully restrained hereby;

**AND IT IS FURTHER ORDERED** that this order is conditioned upon the Plaintiff's advancing to the law enforcement officers authorized above such sum as is required by the same to cover the fees for their said services, in the event Plaintiff seeks their services in this or any other district;

**AND IT IS FURTHER ORDERED** that service of a copy of this order and the complaint be made upon the Defendants by the law enforcement officers authorized above, at the time the seizure provided herein is effected and that such service shall be deemed good and sufficient;

Hicks, Mims, Kaplan & Burns
Attorneys at Law

**AND IT IS FURTHER ORDERED** that the law enforcement officer effecting seizure shall offer a receipt to each Defendant from whom Infringing Merchandise is seized;

**AND IT IS FURTHER ORDERED** that each and every Defendant served with a copy of this order promptly, courteously and peaceably identify himself or herself to the law enforcement officer serving the order and the officer be allowed peaceably to identify the Defendant in this civil matter;

**AND IT IS FURTHER ORDERED** that Defendants' responsive papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies to its counsel on or before July 19, 2019 at 4:00 p.m. Any reply shall be filed by the Plaintiff and served upon each appearing Defendant or his/her counsel on or before July 23, 2019 at 4:00 p.m. Plaintiff is to provide copies of all filed pleadings at the request of any identified Defendant;

**AND IT IS FURTHER ORDERED** that any Defendant who is hereafter served with a copy of this order who objects to its provisions may submit his or her objections to this court or otherwise move for relief from this court according to the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this order or stay the terms herein unless otherwise ordered by this court;

**AND IT IS FURTHER ORDERED** that pursuant to Local Rule 231(c)(8) and F.R.C.P. Rule 65 (d), any defendant can apply to this court to modify or dissolve this Order on two (2) days' notice or shorter notice as this court may allow.

**IT IS SO ORDERED.**

DATED: July 11, 2019 at 11:50 a.m.

_____
UNITED STATES DISTRICT JUDGE

Hicks, Mims, Kaplan & Burns
Attorneys at Law