Cara R. Burns, Esq. (State Bar No. 137557)
cburns@hmkblawyers.com
HICKS, MIMS, KAPLAN & BURNS
28202 Cabot Road, Ste 300
Laguna Niguel, California 92677
Telephone: (310) 314-1721
Facsimile: (949) 340-9737

Attorneys for Plaintiff,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.,**<br><br>　　　　**Plaintiff,**<br>　　v.<br><br>**JOHN DOES 1-100, JANE DOES 1-100 AND XYZ COMPANY,**<br><br>　　　　**Defendants.** | Case No. 2:19-cv-01274 KJM-CKD<br><br>**ORDER FOR EXONERATION OF CASH BOND AND TO DESTROY SEIZED MERCHANDISE** |

Plaintiff, Bravado International Group Merchandising Services, Inc., ("Plaintiff"), having presented its Motion/Request to Exonerate Cash Bond and to Destroy Seized Merchandise and the Declaration of Cara Burns, and no defendants having appeared by answer or otherwise, and good cause appearing,

**IT IS HEREBY ORDERED,** that the Cash Bond posted by Plaintiff's counsel in the amount of One Thousand Dollars ($1,000) shall be and hereby is exonerated, along with any interest and less any fees, and shall be released to counsel for the Plaintiff as set forth below, and it is further

**ORDERED**, that the Clerk of the Court shall send the released Cash Bond to Plaintiff's counsel in the form of a check made payable as follows: Cara R. Burns, Hicks,

Mims, Kaplan & Burns, 28202 Cabot Road, Suite 300, Laguna Niguel, California 92677, and it is further

**ORDERED,** that the US Marshals for the Northern District of California are authorized to destroy all previously seized infringing merchandise delivered to them in this matter, or, if they are unable or unwilling to do so, to deliver the merchandise to the Clerk of Court for the Eastern District of California with a copy of this order.

**IT IS SO ORDERED.**

Dated: August 28, 2019.

_____
UNITED STATES DISTRICT JUDGE